AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| Anderson<br>*Plaintiff*<br>v.<br>United Revenue Credit Service Company Inc<br>*Defendant* | Civil Action No. 3:23-cv-00227-L |

**Summons in a Civil Action**

**TO:** United Revenue Credit Service Company Inc     204 Billings St. Suite 120
Arlington, TX 76010

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

Marwan Daher
2500 South Highland Avenue
Suite 200
Lombard , IL 60148

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

DATE: 01/31/2023

*Signature of Clerk or Deputy Clerk*

SERVED

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:23-cv-00227-L

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>UNITED REVENUE CREDIT SERVICE COMPANY INC.</u> was received by me on *(date)* <u>Feb 10, 2023, 7:16 am.</u>

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>KATHY CAWSER</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>UNITED REVENUE CREDIT SERVICE COMPANY INC.</u> on *(date)* <u>Fri, Feb 10 2023</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00</u>.

I declare under penalty of perjury that this information is true.

Date: 02/13/2023

_____
*Server's signature*

Carolyn Hunt  -  PROCESS SERVER

*Printed name and title*

1935 BEL AIR DR., ARLINGTON, TX 76010

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Feb 10, 2023, 1:43 pm at 204 BILLINGS ST., SUITE 120, ARLINGTON, TX 76010 received by UNITED REVENUE CREDIT SERVICE COMPANY INC., WHERE THE DOCUMENT WAS ACCEPTED BY KATHY CAWSER, OFFICE MANAGER. Age: 60; Ethnicity: Caucasian; Gender: Female; Weight: 140; Height: 5'0"; Hair: Blond; Eyes: Brown; Other: Served office mgr Kathy Cowser;

DELIVERED TO THE ABOVE NAMED WAS A SUMMONS IN A CIVIL ACTION and COMPLAINT.